```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:02CR3015 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AARON BURKHOLDER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a revocation hearing is set to commence at **10:30 a.m.** on **June 22, 2006**, before the Hon. Lyle E. Strom, United States Senior District Judge, Courtroom #5, Roman L. Hruska U.S. Courthouse, Omaha, Nebraska.

Dated: June 9, 2006.

```
                         BY THE COURT

                         s/ David L. Piester
                         ─────────────────────────────
                         United States Magistrate Judge
```