IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3015 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON BURKHOLDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue disposition hearing (Filing No. 47). The Court notes plaintiff has no objection thereto. Accordingly,

IT IS ORDERED that the final dispositional hearing is rescheduled for:

**Friday, December 8, 2006, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 30th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court