IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3015 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON BURKHOLDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing with defendant present and represented by counsel,

IT IS ORDERED that the final dispositional hearing is continued to:

**Friday, August 3, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 7th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court