```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3015 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON BURKHOLDER, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has been arrested on a warrant issued from this court in connection with his revocation proceeding. The warrant was issued after the defendant absconded, but he later appeared as directed by his probation officer. On February 7, 2007 Senior Judge Strom released defendant to a halfway house and continued the revocation hearing, but the warrant apparently was not withdrawn. See Minutes February 7, 2007, Filing 51. The revocation hearing is now scheduled for August 8, 2007.

IT THEREFORE HEREBY IS ORDERED:

1. The warrant for the defendant's arrest is withdrawn and set aside. Defendant shall be released forthwith on the same terms and conditions as previously ordered. He shall review such terms and conditions with his probation officer as soon as practicable.

2. Defendant shall appear before the Hon. Lyle E. Strom, United States Senior District Judge on August 3, 2007 at 9:00 a.m.

DATED this 18th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge